UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jennifer Marie Louden,

            Plaintiff,      Case No. 21-10027

v.                                Judith E. Levy
                                United States District Judge

Commissioner of Social Security,

                                Mag. Judge Jonathan J.C. Grey.

           Defendant.

_____/

ORDER ADOPTING REPORT AND RECOMMENDATION [24],
DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
[17], AND GRANTING DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT [23]

    This is a Social Security appeal.  Before the Court is Magistrate Judge Jonathan J.C. Grey's Report and Recommendation ("R&R") (ECF No. 24) recommending the Court deny Plaintiff Jennifer Marie Louden's motion for summary judgment (ECF No. 17) and grant Defendant Commissioner of Social Security's motion for summary judgment (ECF No. 23), issued February 25, 2022.  The parties were required to file specific written objections to the R&R within 14 days of service.  Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d).  No objections were filed. The

Court has nevertheless thoroughly reviewed the R&R, and concurs in the reasoning and result.[1] Accordingly,

The R&R (ECF No. 24) is ADOPTED;

Plaintiff's motion for summary judgment (ECF No. 17) is DENIED;

Defendant's motion for summary judgment (ECF No. 23) is GRANTED; and

The findings of the Commissioner are ADOPTED and this case is hereby DISMISSED.[2]

IT IS SO ORDERED.

Dated: May 5, 2022　　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Court also concurs with the warning offered against Attorney Patrick M. Carmody, Jr. regarding his sanctionable conduct. (ECF No. 24, PageID.554, 559–562.) While the Court declines to accept the recommendation in the R&R that Attorney Carmody, Jr. be referred at this time, the undersigned **WARNS** Attorney Carmody, Jr. that any future filings with the same defects before the undersigned will result in referral to the (1) Chief Judge pursuant to Eastern District of Michigan Local Rule 83.22(c)(3) to determine whether disciplinary proceedings under Local Rule 83.22(e) should be instituted and (2) Michigan Attorney Grievance Commission for investigation.

[2] By failing to object to the R&R, the parties have waived any further right of appeal. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 5, 2022.

                                                 <u>s/William Barkholz</u>
                                                 WILLIAM BARKHOLZ
                                                 Case Manager